UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BRADLEY M. RANDALL, )
)
Plaintiff, )
)
v. ) No. 4:17-cv-00216-TWP-TAB
)
JONATHAN SIMPSON, )
)
Defendant. )

**Entry Denying Motion for Reconsideration**

Bradley M. Randall has been granted *in forma pauperis* status and directed to pay an initial partial filing fee. *See* dkts. 2, 4, 7, 8, 9, and 11. On December 27, 2017, Mr. Randall was directed to pay an initial partial filing fee of $48.69, an amount calculated from inmate trust account deposits. Dkt. 4. Almost immediately, Mr. Randall wrote that he could not afford to pay that amount. Dkt. 7.

On January 29, 2018, Mr. Randall submitted additional inmate trust account information, which although incomplete, resulted in the Court adjusting the required initial partial filing fee to $29.42. Dkt. 9. He was directed to pay this amount no later than March 14, 2018. Dkt. 11. However, Mr. Randall again states he is unable to pay the filing fee, and seeks reconsideration of the order reducing the initial partial filing fee. The motion is undocumented, as no copy of Mr. Randall's inmate trust account is attached. The motion, dkt. [14], is therefore **denied**.

The Court notes that when Mr. Randall commenced this action, he had sufficient deposits to his inmate account to require an initial partial filing fee of $48.69. When he sought modification of that amount, he still had deposits that required an initial partial filing fee of $29.42. Yet he has

made no attempt to pay the initial partial filing fee, while his inmate trust account transactions reflect heavy spending on jail commissary and e-cigarettes.

Mr. Randall shall have through **April 9, 2018**, to pay the $29.42 initial partial filing fee for this action. Alternatively, he may seek further modification of the initial partial filing fee by a motion documented with a copy of his inmate trust account financial transactions clearly showing all deposits and expenditures from September 16, 2017, through the date this Entry is signed. The failure to pay the initial partial filing fee or to seek further modification with a fully documented motion by April 9, 2018, will result in the dismissal of this action, for failure to prosecute, without further notice.

**IT IS SO ORDERED**.

Date: 3/16/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bradley M. Randall
Jefferson County Jail
317 South Walnut St.
Madison, IN 47250